**Order entered September 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01126-CV

### IN RE AARON HERBERT, Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-04644-A**

## ORDER

We have received information that respondent wants additional time to file a response to the petition for writ of mandamus in this case. Respondent may file a response to the petition for writ of mandamus no later than **10:00 a.m. on Thursday, September 19, 2019**.

/s/    BILL WHITEHILL
        JUSTICE